ACCEPTED
01-14-01014-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 9:38:23 AM
CHRISTOPHER PRINE
CLERK

# Vinson&Elkins

Catherine B. Smith  csmith@velaw.com
**Tel** +1.713.758.2391  **Fax** +1.713.615.5903

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/25/2015 9:38:23 AM

CHRISTOPHER A. PRINE
Clerk

June 25, 2015

Patricia Palmer
Deputy Court Reporter
1300 Wilcrest Drive
Houston, Texas 77042

Re:     Cause No. 2012-33464; *Leticia B. Loya v. Harry L. Tindall, individually, and Tindall & England*; In the District Court of Harris County, Texas, 190th Judicial District

First Court of Appeals Cause No. 01-15-00197-CV and No. 01-14-01014-CV

Dear Ms. Palmer:

By letter dated January 27, 2014, confirming our conversation of that date, you agreed to supplement the reporter's record previously filed at the Court of Appeals to include Exhibits A and B that were marked at the Summary Judgment Motion for Final/Special Appearance hearing on November 10, 2014 (*see* pages 43-44).  We spoke again February 12 and February 24, 2014.

It has come to our attention in preparing the brief for Case No. 01-15-00197-CV that those exhibits have not been filed.  We are officially requesting you again to file those exhibits with the First Court of Appeals, in both of the above cause numbers.

If you have any questions or need any additional information concerning this request, please contact me at 713.758.2391.

Very truly yours,

VINSON & ELKINS LLP

*/s/ Catherine B. Smith*

Catherine B. Smith

c:     James E. Payne (Provost Umphrey Law Firm, LLP)
       Sam A. Houston (Shepherd, Scott, Clawater & Houston LLP)
       Randall B. Wilhite (Fullenweider Wilhite, P.C., LLP)
       Hon. Chris Prine, Clerk (First Court of Appeals)

**Vinson & Elkins LLP  Attorneys at Law**

Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston  London
Moscow  New York  Palo Alto  Riyadh  San Francisco  Tokyo  Washington

1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
**Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**